## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Ronald B. ABRAMS, Respondent.

### No. 798 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 28, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of January, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 7, 2002, it is hereby

ORDERED that Ronald B. Abrams be and he is suspended from the Bar of this Commonwealth for a period of eighteen months followed by a two-year probation supervised by the Disciplinary Board pursuant to Rule 204(a)(4), Pa.R.D.E., and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## In the Matter of Michael G. PAUL.

### No. 785 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 28, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of January, 2003, Michael G. Paul having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated June 27, 2002; the said Michael G. Paul having been directed on October 16, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Michael G. Paul is suspended from the practice of law in this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.